IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

HENRIETTA WILLIAMS, *
 *
    Plaintiff, *
 *
 v. * CV 316-042
 *
JEFFERSON CAPITAL SYSTEMS, LLC, *
 *
    Defendant. *

O R D E R

On July 22, 2016, the parties filed a "Stipulation to Dismiss," indicating that they had reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(II), **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE